1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
5  Facsimile:  714.513.5130

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
7  Including Professional Corporations
   HAYLEY S. GRUNVALD, Cal. Bar No. 227909
8  hgrunvald@sheppardmullin.com
   12275 El Camino Real, Suite 200
9  San Diego, CA 92130-2006
   Telephone: 858.720.8900
10 Facsimile: 858.509.3691

11 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16                                              Case No. 4:16:cv-02049-HSG

17 ALBERT DYTCH,                                **STIPULATION TO CONTINUE
                                                JANUARY 17, 2017 CASE
                                                MANAGEMENT CONFERENCE
18       Plaintiff,                             AND [PROPOSED] ORDER**

19       v.

20 HOME DEPOT U.S.A., INC., dba HOME
   DEPOT #627; EAST BAY BRIDGE            Trial Date:    None Set
21 RETAIL, LLC;

22       Defendants.

23

24

25

26

27

28

SMRH:480493873.2                    -1-                STIPULATION AND [PROPOSED] ORDER TO
                                                                           CONTINUE CMC

**TO THE COURT, PLAINTIFF, AND HER ATTORNEY OF RECORD:**

  **IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch ("Plaintiff") and Defendant Home Depot USA, Inc. ("Defendant"), both jointly request and hereby stipulate, through their undersigned counsel, as follows:

  WHEREAS, counsel for Plaintiff, Tanya Moore, and counsel for Defendant, Hayley S. Grunvald, have been ordered by the Eastern District of California, in a case entitled *Carol Murray v. Park Management Corp.*, 15cv2105-TLN-DB, to participate in a mediation session on January 17, 2017 at 10:00 a.m. in Sacramento, California before mediator William Gould, Jr;

  WHEREAS, on October 18, 2016, Judge Troy Nunley ordered counsel for the parties to mediate the *Carole Murray v. Park Management Corp.* matter which resulted in a mediation conference being set for January 17, 2017 which was in advance of the date the instant Case Management Conference was set; and

  WHEREAS, given the current status of the *Carol Murray v. Park Management Corp.* matter, it would be very difficult to reset the January 17, 2017 mediation conference and may undermine Judge Nunley's October 18, 2016 order.

  **NOW THEREFORE**, the Parties respectfully stipulate to and request that this Court enter an order continuing the January 17, 2017 case management conference to February 7, 2017, or a date thereafter that is convenient for the Court.

  **THE PARTIES SO STIPULATE.**

Dated: January 10, 2017

                      MOORE LAW FIRM, P.C.

By     */s/ Tanya Moore*
       TANYA MOORE
       Attorneys for Plaintiff ALBERT DYTCH

Dated: January 10, 2017

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Hayley S. Grunvald*
       GREGORY F. HURLEY
       HAYLEY S. GRUNVALD
       Attorneys for Defendant HOME DEPOT U.S.A., INC..

**PURSUANT TO THE PARTIES' STIPULATION,** the Court hereby continues the January 17, 2017 case management conference to February 7, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: \_\_1/10/2017_____

                                    HON. HAYWOOD S. GILLIAM, JR.
                                    UNITED STATES DISTRICT JUDGE

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On January 10, 2017, I served true copies of the following document(s) described as

**STIPULATION TO CONTINUE JANUARY 17, 2017 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested parties in this action as follows:

| | |
|---|---|
| Tanya E. Moore<br>Moore Law Firm, P.C.<br>332 North Second Street<br>San Jose, California 95112 | *Attorneys for Plaintiff* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2017, at San Diego, California.

*/s/ Havley S. Grunvald*
Havley S. Grunvald