1 | Tanya E. Moore, SBN 206683
2 | Zachary M. Best, SBN 166035
    MISSION LAW FIRM, A.P.C.
3 | 332 North Second Street
    San Jose, California 95112
4 | Telephone (408) 298-2000
    Facsimile (408) 298-6046
5 | E-mail: service@mission.legal

6 | Attorneys for Plaintiff,
    Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  3:16-cv-02049-HSG |
| Plaintiff, | **PLAINTIFF ALBERT DYTCH'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER** |
| vs. | |
| HOME DEPOT U.S.A., INC., dba HOME DEPOT #627, et al., | |
| Defendants. | Date:  February 7, 2017
Time: 2:00 p.m.
Courtroom: 10, 19th Floor
District Judge Haywood S. Gilliam, Jr. |

WHEREAS, a Case Management Conference in this matter is set for February 7, 2017 at 2:00 p.m. before District Judge Haywood S. Gilliam, Jr.;

WHEREAS, Plaintiff Albert Dytch's ("Plaintiff") counsel, Zachary M. Best, wishes to avoid significant travel time and the expenditure of fees and costs to appear in-person at the Case Management Conference. Notably, counsel for Plaintiff is based in Grass Valley, California, and would incur fees and costs to travel 145 miles one-way (290 round-trip) driving

three hours each way to get to the Court to attend in-person. Plaintiff's counsel is able and willing to appear telephonically;

WHEREAS, Plaintiff's counsel will make arrangements to appear via CourtCall for the Case Management Conference;

NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to appear telephonically via CourtCall at the Case Management Conference.

Respectfully submitted,

Dated: January 23, 2017                         MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Albert Dytch

### ORDER

Request having been made by Plaintiff to appear telephonically at the Case Management Conference and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff, Zachary M. Best, shall appear telephonically at the Case Management Conference. Plaintiff's counsel shall make arrangements to appear telephonically via CourtCall.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: January 23, 2017

*Haywood S. Gilliam, Jr.*
United States District Judge