SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendant
HOME DEPOT U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>       Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., dba HOME DEPOT #627; EAST BAY BRIDGE RETAIL, LLC;<br><br>       Defendants. | Case No. 3:16:cv-02049-HSG-KAW<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:  February 7, 2017<br>Time: 2:00 p.m.<br>Courtroom: 10, 19th Floor<br>District Judge Haywood S. Gilliam, Jr.<br><br>Trial Date:   None Set<br>Action Filed:  April 19, 2016 |

Case No. 3:16:cv-02049-HSG-KAW

SMRH:480801821.1   DEFENDANT HOME DEPOT U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  WHEREAS, a Case Management Conference in this matter is set for February 7, 2017, at 2:00 p.m., before District Judge Haywood S. Gilliam, Jr.:

3  WHEREAS, Defendant HOME DEPOT U.S.A., INC.'s ("Defendant") counsel, Hayley S. Grunvald, wishes to avoid significant travel time and the expenditure of fees and costs to appear in-person at the Case Management Conference.  Notably, counsel for Defendant is based in San Diego, California, and would incur fees and costs to travel by plane to the Court to attend in-person.  Defendant's counsel is able and willing to appear telephonically.

9  WHEREAS, on January 23, 2017, Plaintiff's counsel requested to appear telephonically at the Case Management Conference and the Court granted Plaintiff's counsel's request;

12  WHEREAS, Defendant's counsel will make arrangements to appear via Courtcall for the Case Management Conference.

14  NOW, THEREFORE, request is hereby made that Defendant's counsel be permitted to appear telephonically via Courtcall at the Case Management Conference.

Dated:  January 24, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Hayley S. Grunvald*
GREGORY F. HURLEY
HAYLEY S. GRUNVALD

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## ORDER

Request having been made by Defendant to appear telephonically at the Case Management Conference and good cause appearing:

**IT IS HEREBY ORDERED** that counsel for Defendant, HOME DEPOT U.S.A., INC., shall appear telephonically at the Case Management Conference. Defendant's counsel shall make arrangements to appear telephonically via Courtcall. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: January 25, 2017

*Haywood S. Gilliam Jr.*
United States District Judge

Case No. 3:16:cv-02049-HSG-KAW

SMRH:480801821.1   DEFENDANT HOME DEPOT U.S.A. INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER