UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

Case No. 16-cv-02049-HSG

**ORDER DENYING PARTIES' STIPULATION AND SETTING SCHEDULE**

Re: Dkt. No. 35

A case management conference was held on February 7, 2017, at which the parties were directed to meet and confer regarding a revised proposed case schedule and to file a stipulation and proposed order proposing a revised case schedule. Dkt. No. 34. Having reviewed the parties' stipulation and proposed order, *see* Dkt. No. 35, the Court **DENIES** the stipulation and **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16(b)(1):

| Litigation Event | Date |
| --- | --- |
| Fact Discovery Cutoff | May 24, 2017 |
| Expert Disclosures | June 12, 2017 |
| Rebuttal Expert Disclosures | June 27, 2017 |
| Expert Discovery Cutoff | July 11, 2017 |
| Dispositive Motion Hearing Deadline | August 24, 2017, at 2:00 p.m. |
| Pretrial Conference | November 28, 2017, at 3:00 p.m. |
| Bench Trial (3 days) | December 11, 2017, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 2/15/2017

                                             HAYWOOD S. GILLIAM, JR.
                                             United States District Judge