SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., dba HOME DEPOT #627; EAST BAY BRIDGE RETAIL, LLC;<br><br>    Defendants. | Case No. 4:16:cv-02049-HSG<br><br>**STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; ORDER**<br><br>Current Hearing Date:  April 6, 2017<br>Proposed Hearing Date: April 20, 2017<br><br>Proposed Opposition Deadline:<br>March 20, 2017<br><br>Proposed Reply Deadline:<br>March 27, 2017 |

SMRH:481746667.2

Case No. 4:16-cv-02049-HSG
STIPULATION TO CONTINUE  HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER

The undersigned parties bring this joint stipulation to respectfully request that this Court continue the hearing on Plaintiff Albert Dytch's ("Plaintiff") Motion for Leave to File an Amended Complaint (the "Motion"), presently set for April 6, 2017, at 2:00 p.m.

Plaintiff and Defendant Home U.S.A., Inc. ("Defendant") represent that good cause exists for this continuance. On March 10, 2017, the Parties resolved the action but the Parties are working to finalize the settlement documents. To avoid prejudicing Plaintiff in his ability to move to amend his complaint should the Parties not be able to finalize the settlement documents, both counsel for Defendant and Plaintiff, have agreed to continue the hearing date on Plaintiff's Motion to April 20, 2017. This continuance will allow the Parties time to finalize the settlement documents without waste the Court's time and resources in evaluating Plaintiff's Motion which will likely become moot. In light of the proposed change of the hearing date, the Parties request that the deadline for Defendant to file its opposition brief be extended to March 20, 2017, and the deadline for Plaintiff's reply brief extended to March 27, 2017. The change of hearing date and briefing schedule will not affect the dates currently set in the case.

Plaintiff and Defendant have met and conferred about this issue and have agreed to continue the hearing date and briefing schedule on the Motion to April 20, 2017. Both Parties believe that the change in the hearing date will allow the Parties to focus on fully and finally settling the matter and avoid wasting the Court's already burdened resources.

SMRH:481746667.2

-1-

Case No. 4:16-cv-02049-HSG

STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER

1     WHEREFORE, the parties jointly and respectfully request that this
2 Court continue the hearing date on the Motion from April 6, 2017 to April 20, 2017,
3 and that any opposition be filed by March 20, 2017, with any reply filed by March
4 27, 2017.

5

6     IT IS SO STIPULATED.

7 Dated:  March 10,, 2017

8                       MISSION LAW FIRM, A.P.C.

9

10               By      */s/ Tanya E. Moore*
11                       TANYA E. MOORE
12                       Attorney for Plaintiff ALBERT DYTCH

13 Dated:  March 10, 2017

14                       SHEPPARD, MULLIN, RICHTER &
15                       HAMPTON  LLP

16

17               By      */s/ Hayley S. Grunvald*
18                       GREGORY F. HURLEY
                      HAYLEY S. GRUNVALD
19                       Attorneys for Defendant HOME DEPOT
20                       U.S.A., INC..

21

22

23

24

25

26

27

28

SMRH:481746667.2

-2-      Case No. 4:16-cv-02049-HSG
STIPULATION TO CONTINUE  HEARING AND BRIEFING SCHEDULE ON
PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; [PROPOSED]
ORDER

**ORDER**

**The parties having so stipulated and good cause appearing,**

**IT IS HEREBY ORDERED that** the April 6, 2017 hearing on Plaintiff's motion to amend his complaint is continue to April 20, 2017 at 2:00 p.m. Defendant's opposition will be due by March 20, 2017, and Plaintiff's reply will be due by March 27, 2017.

**IT IS SO ORDERED.**

DATED: March 13, 2017

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

SMRH:481746667.2

-1-   Case No. 4:16-cv-02049-HSG
STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER