1    Tanya E. Moore, SBN 206683
     Zachary M. Best, SBN 166035
2    MISSION LAW FIRM, A.P.C.
     332 North Second Street
3    San Jose, California  95112
     Telephone (408) 298-2000
4    Facsimile (408) 298-6046
     Email: service@mission.legal
5
     Attorneys for Plaintiff,
6    Albert Dytch

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   ALBERT DYTCH,                          )  No.  4:16-cv-02049-HSG
                                            )
13              Plaintiff,                   )  **STIPULATION FOR DISMISSAL OF**
                                            )  **ENTIRE ACTION**
14        vs.                                )
                                            )
15   HOME DEPOT U.S.A., INC., dba HOME       )
     DEPOT #627, et al.,                     )
16                                          )
                                            )
17              Defendants.                  )
                                            )
18                                          )
                                            )
19                                          )

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and

2 Defendant, Home Depot U.S.A., Inc., dba Home Depot #627, the remaining parties to this

3 action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

4 action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees

5 and costs.

6

7 Dated: March 16, 2017                              MISSION LAW FIRM, A.P.C.

8

9                                                   */s/ Tanya E. Moore*
                                                     Tanya E. Moore
10                                                   Attorneys for Plaintiff,
                                                     Albert Dytch
11

12 Dated: March 16, 2017                             SHEPARD, MULLIN, RICHTER &
                                                     HAMPTON LLP
13

14

15                                                  */s/ Hayley S. Grunvald*
                                                     Hayley S. Grunvald
16                                                   Attorneys for Defendant,
                                                     Home Depot U.S.A., Inc., dba Home Depot #627
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION